UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RUBY WALLACE** | * | **CIVIL ACTION** |
| | * | |
| | * | **NO.** |
| **VERSUS** | * | |
| | * | **JURY TRIAL** |
| **WALMART INC.** | * | |
| **AND** | * | |
| **ABC INSURANCE COMPANY** | * | |
| | * | |

\* \* \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF REMOVAL

**TO:** The Honorable Judges
of the United States District Court
for the Eastern District of Louisiana

Defendant, Walmart Inc. files this Notice of Removal pursuant to 28 U.S.C. §§ 1332 and 1441, and hereby removes this matter from the Civil District Court for the Parish of Orleans, State of Louisiana, to the docket of this Honorable Court on the grounds set forth below:

1. Plaintiff filed her Petition for Damages on April 20, 2022, against Defendant. (*See* Plaintiff's Petition for Damages, attached hereto and marked for identification as Exhibit "A").

2. Walmart Inc. (hereafter "Walmart") was served through its agent for service of process, CT Corporation, with a copy of the Citation and Petition on May 11, 2022. (*See* CT Corporation Service of Process Transmittal Notice and Citation attached hereto *in globo* and marked for identification as Exhibit "B").

3. Defendant ABC Insurance Company has not been served with process, as it is a fictitiously-named defendant.

4. The suit seeks damages from Walmart for personal injuries and damages allegedly sustained by the Plaintiff as a result of an incident that occurred at a Walmart store, located in New Orleans, Louisiana, on or about May 9, 2021.

5. Plaintiff's Petition for Damages is silent as to the amount in controversy.

6. In Paragraph 6 of Plaintiff's Petition, plaintiff alleges typical non-exclusive elements of damage: past and future medical expenses, mental and physical pain and suffering, and loss of enjoyment of life.

7. Walmart filed its Answer to Petition for Damages, Request for Notice and Jury Order on June 13, 2022. (*See* Answer to Petition for Damages, Request for Notice and Jury Order, attached hereto *in globo* as Exhibit C).

8. On July 1, 2022, Plaintiff sent responses to Walmart's Requests for Admissions, **admitting that the currently known amount in controversy is over $75,000, exclusive of interest and costs**. (*See* Plaintiff's Responses to Walmart's Requests for Admissions, attached hereto as Exhibit D).

I. **REMOVAL IS PROPER BECAUSE THIS COURT HAS SUBJECT MATTER JURISDICTION PURSUANT TO 28 U.S.C. § 1332**

9. 28 U.S.C. § 1332 provides federal district courts with concurrent original jurisdiction in cases "where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between - (1) citizens of different States."

A. **THE AMOUNT IN CONTROVERSY EXCEEDS $75,000.00**

10. The Fifth Circuit has explained that for purposes of establishing removal jurisdiction, a defendant may demonstrate that the amount in controversy exceeds $75,000.00, "in either of two ways: (1) by demonstrating that it is 'facially apparent' from the petition that the claim likely exceeds $75,000.00 or (2) 'by setting forth *the facts* in controversy-preferably in the removal petition, but sometimes by affidavit-that support a finding of the requisite amount.'" *Grant v. Chevron Phillips Chemical Co.*, 309 F.3d 864, 868 (5th Cir. 2002) (emphasis in original) (quoting *Allen v. R & H Oil & Gas Co.*, 63 F.3d 1326, 1335 (5th Cir.1995)).

11.     Plaintiff's Petition for Damages does not offer a binding stipulation that plaintiff will not seek to enforce any judgment that may be awarded in excess of $75,000.00, as would be required pursuant to *Davis v. State Farm*, No. 06-560, slip op. (E.D. La. June 7, 2006).

12.     The amount in controversy in this case is in excess of the jurisdictional threshold based on Plaintiff's Responses to Walmart's Requests for Admissions. (*See* Plaintiff's Responses to Walmart's Requests for Admissions, attached hereto as Exhibit D. As evidenced by the Responses, Plaintiff herself admits **that the currently known amount in controversy is over $75,000, exclusive of interest and costs.**)

13.     While Walmart admits no liability or any element of damages, Walmart has met its burden of showing that the amount in controversy is in excess of SEVENTY-FIVE THOUSAND AND NO/100 ($75,000.00) DOLLARS, exclusive of interest and costs.

### B.     COMPLETE DIVERSITY

14. Defendant, Walmart Inc. is a Delaware corporation with its principal place of business in Arkansas, and is a publically held company.

15.     Plaintiff is a person of full age and majority domiciled in the State of Mississippi (*See* Plaintiff's Petition for Damages, attached hereto and marked for identification as Exhibit "A").

16.     The citizenship of Defendant ABC Insurance Company - a fictitious defendant - is immaterial, as the mandatory language of 28 U.S.C. § 1441(b)(2) makes clear that when "determining whether a civil action is removable on the basis of the jurisdiction under section 1332(a) of this title, the citizenship of defendants sued under fictitious names shall be disregarded."

17.     Accordingly, there is complete diversity of citizenship between the Plaintiff and the Defendant, Walmart Inc.

18. This is a civil action over which the United States District Court for the Eastern District of Louisiana has concurrent original jurisdiction under the provisions of 28 U.S.C. § 1332, *et seq.*, as the amount in controversy, evidenced by the Petition for Damages, exceeds SEVENTY-FIVE THOUSAND AND NO/100 ($75,000.00) DOLLARS, exclusive of interest and costs, and complete diversity exists between all adverse parties.

II. **Walmart HAS SATISFIED THE PROCEDURAL REQUIREMENTS FOR REMOVAL**

19. Walmart was served through its agent for service of process, CT Corporation, with a copy of the Citation and Petition on May 11, 2022. (*See* CT Corporation Service of Process Transmittal Notice and Citation attached hereto *in globo* and marked for identification as Exhibit "B".)

20. Plaintiff's Petition for Damages is silent as to the value of Plaintiff's damages and/or the amount in controversy.

21. This Notice of Removal is being filed within thirty (30) days after first receipt by Walmart of Plaintiff's Responses to Walmart's Requests for Admissions received July 1, 2022 establishing that the amount in controversy is in excess of the jurisdictional amount required for federal diversity jurisdiction, and is therefore, timely under 28 U.S.C. § 1446(b).

22. Jurisdiction is founded in the existence of diversity jurisdiction under 28 U.S.C. § 1332, which grants federal courts concurrent original jurisdiction over claims where the matter in controversy exceeds the sum or value of SEVENTY-FIVE THOUSAND AND NO/100 ($75,000.00) DOLLARS, exclusive of interest and costs, and is between citizens of different States.

23. The Civil District Court for the Parish of Orleans, State of Louisiana, is located within the Eastern District of Louisiana pursuant to 28 U.S.C. § 98(a). Therefore, venue is proper

in accordance with 28 U.S.C. § 1441(a) because it is the "district and division embracing the place where such action is pending."

24. No previous application has been made by Walmart in this case for the relief requested herein.

25. Pursuant to 28 U.S.C. § 1446(a), a copy of the Petition is attached hereto as Exhibit "A". Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being served upon counsel for plaintiff, and a copy is being filed with the Clerk of Court for the Civil District Court for the Parish of Orleans, State of Louisiana.

26. Walmart Inc. desires and is entitled to trial by jury of all issues herein.

WHEREFORE, Defendant, Walmart Inc. hereby removes this action from the Civil District Court for the Parish of Orleans, State of Louisiana, to the docket of the United States District Court for the Eastern District of Louisiana.

**Respectfully submitted,**

*/s/ Denman T. Mims*
**ISIDRO RENÉ DEROJAS (#18182)**
**DEVIN FADAOL (#26878)**
**DENMAN T. MIMS (#38840)**
**McCRANIE, SISTRUNK, ANZELMO,**
**HARDY, McDANIEL & WELCH**
909 Poydras St., Ste 1000
New Orleans, LA 70112
Telephone: (504) 846-8474
Facsimile: (800) 977-8810
E-Mail: cdf@mcsalaw.com
         dtm@mcsalaw.com
**ATTORNEYS FOR DEFENDANT**

## **CERTIFICATE OF SERVICE**

  I hereby certify that a copy of the above and foregoing *pleading* has been served upon all counsel of record in this proceeding ☒ by e-mail, ☐ by facsimile, ☐ by hand, and/or ☐ by United States mail, properly addressed and postage prepaid, on this 19th day of July, 2022.

                */s/ Denman T. Mims*