FILED

2022 APR 20  AM 10: 20

CIVIL
DISTRICT COURT

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO.: 2022-3434                           DIVISION: "B-5"

RUBY WALLACE

VERSUS

WALMART, INC. and ABC INSURANCE COMPANY

FILED:_____        _____
                                              DEPUTY CLERK

**PETITION FOR DAMAGES**

NOW INTO COURT, through undersigned counsel comes Petitioner, **RUBY WALLACE**, (hereinafter sometimes referred to "PETITIONER"), a person of the full age of majority and domiciled in the State of Mississippi, who respectfully represents the following:

1.

The following named parties are made defendants herein, to-wit:

A.) **WALMART, INC.**, upon information and belief, is a foreign corporation licensed to do and doing business in the State of Louisiana with its principal business office located at 3867 Plaza Town Drive, Baton Rouge, Louisiana 70816; and

B.) **ABC INSURANCE COMPANY**, upon information and belief, is a foreign insurance company, authorized to do, and doing business in the State of Louisiana, who at all times relevant hereto had in full force and effect a policy of liability insurance covering the Defendant, **WALMART, INC.**

2.

On or about May 9, 2021, Petitioner, **RUBY WALLACE**, was a guest patron and invitee of **WALMART, INC.** Store #1163, located at 4001 Behrman Place, New Orleans, LA 70114, an area within the jurisdiction of this Court.

EXHIBIT
A

3.

After entering **WALMART, INC.** for some routine shopping, **RUBY WALLACE** proceeded down the vitamin aisle, when suddenly and without warning, she slipped and fell due to a clear foreign substance on the floor, which upon information and belief was spilled hand sanitizer that was merchandise at Walmart, which resulted in personal and bodily injuries to the Petitioner.

4.

As a result of the above incident, petitioner, **RUBY WALLACE,** suffered and continues to suffer multiple personal, psychological and emotional injuries of a past, present and continuing nature.

5.

The sole and proximate cause of the injuries and damages sustained by petitioner was the joint, concurrent, successive, solidary and/or several negligence of the defendant(s), **WALMART, INC.** and/or the negligence of his/its agents and employees for whom he/it is vicariously liable, which negligence consisted of the following acts and/or omissions, to-wit:

    A.  Failure to maintain the premises in a safe condition;

    B.  Failure to remedy an unsafe condition;

    C.  Failure to instruct their employees as to the proper maintenance of the facility;

    D.  Failure to warn patrons of an unsafe condition;

    E.  Defendants knew or should have known of said hazardous condition;

    F.  Failure to inspect the premises for dangerous conditions, foreign substances and/or other unsafe conditions on the premises;

    G.  Failure to discover and correct dangerous conditions existing on the premises;

    H.  Failure to inspect the premises for dangerous conditions, foreign substances and/or other unsafe conditions on the premises; and

    I.  Any and all other acts of negligence, which may be proven at the trial of this matter.

6.

**RUBY WALLACE** itemizes the damages to which she is entitled as a result of the accident and injury proximately caused by the above -described negligence of defendant(s) as follows, to-wit:

     (a)    Past physical pain, suffering and discomfort

     (b)    Past mental anguish, aggravation and annoyance

     (c)    Disability

     (d)    Future physical pain, suffering and discomfort

     (e)    Future mental anguish, aggravation and annoyance

     (f)    Past medical expenses

     (g)    Future medical expenses

     (h)    Past lost wages

     (i)    Future lost wages

     (j)    Loss of enjoyment of life

     (k)    Loss of use/function of parts of body

     (l)    Bodily disability

     (m)    Impairment of psychological functioning

     (n)    Disability from working to earn an income

     (o)    Destruction of earning capacity

     (p)    Disability from engaging in recreation

7.

Petitioner strictly reserves the right to amend and supplement this petition as necessary concerning damages.

8.

**ABC INSURANCE COMPANY** is the unknown liability insurer of defendant(s) **WALMART, INC.** as unknown insurer of said defendants, **ABC INSURANCE COMPANY** is jointly, severally, solidary and vicariously liable and responsible to petitioners for the negligence and damages set forth above.

9.

The defendants, **WALMART, INC.** and **ABC INSURANCE COMPANY** are jointly, severally, solidarily and vicariously liable and responsible to petitioners for the negligence and damages set forth above.

**WHEREFORE,** Petitioner prays that Defendants, **WALMART, INC. and ABC INSURANCE COMPANY** be duly cited and served with a copy of this Petition and, after all due proceedings are had, there be a judgment in favor of Petitioner and against Defendants, jointly and in solido in amounts as are reasonable in the premises, including past, present, and future physical pain and suffering, past, present, and future mental pain and suffering, past, present, and future medical expenses, past, present, and future earnings, loss of future earning capacity, loss of consortium, permanent disability of the body, past, present, and future loss of enjoyment of life, past, present, and future disfigurement and scarring, together with legal interest thereon from date of judicial demand, until paid, and for all costs of these proceedings.

–4–

Petitioner further prays for all general and equitable relief.

Respectfully Submitted:
*Alvendia, Kelly & Demarest, LLC*

**KURT A. OFFNER, 28176**
**RODERICK "RICO" ALVENDIA, 25554**
**J. BART KELLY III, 24488**
**JEANNE K. DEMAREST, 23032**
**JENNIFER KUECHMANN, 36886**
**CASSIE PRESTON GAILMOR, 33319**
909 Poydras Street, Suite 1625
New Orleans, Louisiana 70112
Telephone: (504) 200-0000
Facsimile: (504) 200-0001
E-mail: kurt@akdlalaw.com
**ATTORNEYS FOR PLAINTIFF**

**PLEASE SERVE:**
**WALMART, INC.**
Through its registered agent for service:
C T Corporation System
3867 Plaza Tower Drive
Baton Rouge, Louisiana 70816

**ABC INSURANCE COMPANY**
**(HOLD SERVICE)**

A TRUE COPY                    —5—

DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA